ADRIANE CHRISTINE CALCOTE
CAMERON DWAYNE HAMBRICK
583 OLD JACKSON RD. APT 114
CANTON, MS 39046

DISCOVER FINANCIAL
ATTN: BANKRUPTCY
PO BOX 3025
NEW ALBANY, OH 43054

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

EDFINANCIAL SERVICES
ATTN: CLAIMS
PO BOX 36008
KNOXVILLE, TN 37930

ADVANCE RECOVERY
PO BOX 919
JACKSON, MS 39207

FAST PACE
PO BOX 306415
NASHVILLE, TN 37230

AFFIRM, INC.
ATTN: BANKRUPTCY
650 CALIFORNIA ST
FL 12
SAN FRANCISCO, CA 94108

JPMCB
MAILCODE LA4-7100
700 KANSAS LANE
MONROE, LA 71203

BRAND & SANFORD, PLLC
125 S CONGRESS ST
FLOOR 15
JACKSON, MS 39207

MISSION LANE LLC
ATTN: BANKRUPTCY
P.O. BOX 105286
ATLANTA, GA 30348

CADENCE BANK
ATTN: BANKRUPTCY
800 POST OAK BLVD
STE 3800
HOUSTON, TX 77056

SELF FINANCIAL
901 E. 6TH STREET
AUSTIN, TX 78702

CADENCE BK
POB 3370
TUPELO, MS 38803

SYNCHRONY BANK
ATTN: BANKRUPTCY
PO BOX 965060
ORLANDO, FL 32896

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

TYLER HOMES MEMORIAL
409 TYLER HOMES DR
#1521
WINONA, MS 38967

CREDIT ONE BANK
6801 CIMARRON RD
LAS VEGAS, NV 89113

UMMC
P.O. BOX 3488
DEPT 05-077
TUPELO, MS 38803