Certificate Number: 17082-MSS-DE-039616067

Bankruptcy Case Number: 25-01041



17082-MSS-DE-039616067

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 1, 2025, at 11:19 o'clock AM MST, ADRIANE HAMBRICK completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date: May 1, 2025                By:    /s/Orsolya K Lazar

                                 Name:  Orsolya K Lazar

                                 Title: Executive Director