United States Bankruptcy Court
Southern District of Mississippi

In re:                                                                             Case No. 25-01041-JAW
Adriane Christine Calcote                                               Chapter 13
Cameron Dwayne Hambrick
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-3                                User: mssbad                                          Page 1 of 2
Date Rcvd: Jul 16, 2025                           Form ID: n031                                    Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol          Definition**

\+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Adriane Christine Calcote, Cameron Dwayne Hambrick, 583 Old Jackson Rd. Apt 114, Canton, MS 39046-9339 |
| 5502067 | + | Advance Recovery, Po Box 919, Jackson, MS 39205-0919 |
| 5502069 | + | Brand & Sanford, PLLC, 125 S Congress St, Floor 15, Jackson, MS 39201-3393 |
| 5502070 | + | Cadence Bank, Attn: Bankruptcy, 800 Post Oak Blvd, Ste 3800, Houston, TX 77056-3200 |
| 5502076 | + | Fast Pace, PO Box 306415, Nashville, TN 37230-6415 |
| 5502081 | + | Tyler Homes Memorial, 409 Tyler Homes Dr, #1521, Winona, MS 38967-1599 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5502068 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jul 16 2025 19:39:58 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5507732 | + | Email/Text: bankruptcy@cadencebank.com | Jul 16 2025 19:32:00 | Cadence Bank FKA Bancorpsouth Bank, P.O. Box 1727, Tupelo, MS 38802-1727 |
| 5504612 | + | Email/Text: bankruptcy@cadencebank.com | Jul 16 2025 19:32:00 | Cadence Bank fka BancorpSouth, PO Box 1727, Tupelo, MS 38802-1727 |
| 5502071 | + | Email/Text: bankruptcy@cadencebank.com | Jul 16 2025 19:32:00 | Cadence Bk, Pob 3370, Tupelo, MS 38803-3370 |
| 5502072 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 16 2025 19:39:57 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5502073 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 16 2025 19:39:56 | Credit One Bank, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5506051 | | Email/Text: mrdiscen@discover.com | Jul 16 2025 19:31:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 5502074 | + | Email/Text: mrdiscen@discover.com | Jul 16 2025 19:31:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5502075 | + | Email/Text: EBN@edfinancial.com | Jul 16 2025 19:31:00 | EdFinancial Services, Attn: Claims, Po Box 36008, Knoxville, TN 37930-6008 |
| 5524663 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 16 2025 19:32:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5519268 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jul 16 2025 19:31:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5502077 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 16 2025 19:40:02 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 5526501 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 16 2025 19:40:03 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5502078 | | Email/Text: ml-ebn@missionlane.com | Jul 16 2025 19:31:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box |

| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 16, 2025 | Form ID: n031 | Total Noticed: 26 |

| | | | | |
|---|---|---|---|---|
| 5526498 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 16 2025 19:39:57 | 105286, Atlanta, GA 30348<br>Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5502079 | | Email/Text: bankruptcy@self.inc | Jul 16 2025 19:32:00 | Self Financial, 901 E. 6th Street, Austin, TX 78702 |
| 5502080 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 16 2025 19:40:01 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5502082 | + | Email/Text: Bankruptcies@umc.edu | Jul 16 2025 19:32:00 | UMMC, P.O. Box 3488, Dept 05-077, Tupelo, MS 38803-3488 |
| 5508280 | + | Email/Text: EBN@edfinancial.com | Jul 16 2025 19:31:00 | US Department of Education, Edfinancial Services, 120 N. Seven Oaks Dr, Knoxville, TN 37922-2359 |
| 5524542 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 16 2025 19:40:01 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 20

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Cameron Dwayne Hambrick trollins@therollinsfirm.com<br>jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Adriane Christine Calcote trollins@therollinsfirm.com<br>jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Torri Parker Martin | tpm@tpmartinch13.com  trusteeMSSB2H@ecf.epiqsystems.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−01041−JAW
**Chapter:** 13

**In re:**

| | |
|---|---|
| Adriane Christine Calcote<br>aka Adriane Christine Hambrick<br>583 Old Jackson Rd. Apt 114<br>Canton, MS 39046 | Cameron Dwayne Hambrick<br>aka Cameron Hambrick<br>583 Old Jackson Rd. Apt 114<br>Canton, MS 39046 |

### Notice of Entry of Order Confirming Plan

The Court entered an Order on July 16, 2025 (Dkt. # 25 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

**Jackson Office:**

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

**Gulfport Office:**

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: July 16, 2025                                                Danny L. Miller, Clerk of Court