IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Adriane Christine Calcote                              Case No. 25-01041-JAW
         Cameron Dwayne Hambrick, Debtors                       CHAPTER 13

## NOTICE

The above referenced debtors have filed papers with the court to allow payment arrearage.

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to amortize the payments, or if you want the court to consider your views on the Motion, then on or before 30 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Allow Payment Arrearage.

Date: August 20, 2025          Signature:   /s/ Thomas C. Rollins, Jr.
                                            Thomas C. Rollins, Jr. (MSBN 103469)
                                            Jennifer Ann Curry Calvillo (MSBN 104367)
                                            The Rollins Law Firm, PLLC
                                            P.O Box 13767
                                            Jackson, MS 39236

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Adriane Christine Calcote                               Case No. 25-01041-JAW
          Cameron Dwayne Hambrick, Debtors                        CHAPTER 13

## MOTION TO ALLOW PAYMENT ARREARAGE

COME NOW, Debtors, by and through counsel, and moves this Court to amortize their past due Chapter 13 plan payments, and in support thereof, would show the Court as follows:

1. Debtors filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.

2. Debtors fell behind on the plan payments.

3. Debtors are requesting this Honorable Court to amortize the past due plan payments over the life of the plan, including any ongoing mortgage payments being paid through the plan.

4. Debtors are requesting that their Chapter 13 plan payments be increased as necessary to compensate for the lost plan payments with ongoing payments to resume in September 2025.

WHEREFORE, Debtors pray for an Order granting the above requested relief and any additional relief as may be just and proper.

                                Respectfully submitted

                                /s/ Thomas C. Rollins, Jr.
                                Thomas C. Rollins, Jr. (MS Bar No. 103469)
                                Jennifer Ann Curry Calvillo (MS Bar No. 104367)
                                The Rollins Law Firm, PLLC
                                P.O. Box 13767
                                Jackson, MS 39236
                                601-500-5533

CERTIFICATE OF SERVICE

    I, Thomas C. Rollins, Jr., certify that an accurate copy of the Motion to Allow Payment Arrearage was filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case. The date of said notice is reflected on the Docket.

                                              /s/ Thomas C. Rollins, Jr.
                                              Thomas C. Rollins, Jr.

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>ADRIANE CHRISTINE CALCOTE<br>CAMERON DWAYNE HAMBRICK | CASE NO: 25-01041-JAW<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 8/20/2025, I did cause a copy of the following documents, described below,

Notice and Motion to Allow Payment Arrearage

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/20/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469
Attorney at Law
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401
601 500 5533
trollins@therollinsfirm.com

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 25-01041-JAW |
|---|---|
| ADRIANE CHRISTINE CALCOTE<br>CAMERON DWAYNE HAMBRICK | **CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13 |

On 8/20/2025, a copy of the following documents, described below,

Notice and Motion to Allow Payment Arrearage

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/20/2025

_/s/ Miles Wood_____

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| CASE INFO | ~~EXCLUDE~~ | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 25-01041-JAW<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>WED AUG 20 12-0-51 PST 2025 | ~~US BANKRUPTCY COURT~~<br>~~THAD COCHRAN US COURTHOUSE~~<br>~~501 E COURT STREET~~<br>~~SUITE 2300~~<br>~~JACKSON  MS 39201-5036~~ | ADVANCE RECOVERY<br>PO BOX 919<br>JACKSON  MS 39205-0919 |
| AFFIRM  INC<br>ATTN BANKRUPTCY<br>650 CALIFORNIA ST<br>FL 12<br>SAN FRANCISCO  CA 94108-2716 | BRAND  SANFORD  PLLC<br>125 S CONGRESS ST<br>FLOOR 15<br>JACKSON  MS 39201-3393 | CADENCE BANK<br>ATTN BANKRUPTCY<br>800 POST OAK BLVD<br>STE 3800<br>HOUSTON  TX 77056-3200 |
| CADENCE BANK FKA BANCORPSOUTH BANK<br>PO BOX 1727<br>TUPELO  MS 38802-1727 | CADENCE BANK FKA BANCORPSOUTH<br>PO BOX 1727<br>TUPELO  MS 38802-1727 | CADENCE BK<br>POB 3370<br>TUPELO  MS 38803-3370 |
| CAPITAL ONE<br>ATTN BANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY  UT 84130-0285 | CREDIT ONE BANK<br>6801 CIMARRON RD<br>LAS VEGAS  NV 89113-2273 | DISCOVER BANK<br>PO BOX 3025<br>NEW ALBANY  OH  43054-3025 |
| DISCOVER FINANCIAL<br>ATTN BANKRUPTCY<br>PO BOX 3025<br>NEW ALBANY  OH 43054-3025 | EDFINANCIAL SERVICES<br>ATTN CLAIMS<br>PO BOX 36008<br>KNOXVILLE  TN 37930-6008 | FAST PACE<br>PO BOX 306415<br>NASHVILLE  TN 37230-6415 |
| JPMORGAN CHASE BANK  NA<br>SBMT CHASE BANK USA  NA<br>CO NATIONAL BANKRUPTCY SERVICES  LLC<br>PO BOX 9013<br>ADDISON  TEXAS 75001-9013 | (P)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | JPMCB<br>MAILCODE LA47100<br>700 KANSAS LANE<br>MONROE  LA 71203-4774 |
| LVNV FUNDING  LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE  SC 29603-0587 | (P)MISSION LANE LLC<br>PO BOX 105286<br>ATLANTA GA 30348-5286 | RESURGENT RECEIVABLES  LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE  SC 29603-0587 |
| (P)SELF INC<br>901 E 6TH STREET SUITE 400<br>AUSTIN TX 78702-3241 | SYNCHRONY BANK<br>ATTN BANKRUPTCY<br>PO BOX 965060<br>ORLANDO  FL 32896-5060 | TYLER HOMES MEMORIAL<br>409 TYLER HOMES DR<br>1521<br>WINONA  MS 38967-1599 |
| UMMC<br>PO BOX 3488<br>DEPT 05-077<br>TUPELO  MS 38803-3488 | US DEPARTMENT OF EDUCATION<br>EDFINANCIAL SERVICES<br>120 N SEVEN OAKS DR<br>KNOXVILLE  TN 37922-2359 | ~~EXCLUDE~~<br>~~UNITED STATES TRUSTEE~~<br>~~501 EAST COURT STREET~~<br>~~SUITE 6-430~~<br>~~JACKSON  MS 39201-5022~~ |

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.
                                        DEBTOR
VERIZON                                 ADRIANE CHRISTINE CALCOTE             CAMERON DWAYNE HAMBRICK
BY AIS INFOSOURCE LP AS AGENT           583 OLD JACKSON RD APT 114            583 OLD JACKSON RD APT 114
4515 N SANTA FE AVE                     CANTON  MS 39046-9339                 CANTON  MS 39046-9339
OKLAHOMA CITY  OK 73118-7901



EXCLUDE                                 EXCLUDE
THOMAS CARL ROLLINS JR                  TORRI PARKER MARTIN
THE ROLLINS LAW FIRM  PLLC              TORRI PARKER MARTIN  CHAPTER 13
PO BOX 13767                            BANKRUPT
JACKSON  MS 39236-3767                  200 NORTH CONGRESS STREET  STE 400
                                        JACKSON  MS 39201-1902
```