# United States Bankruptcy Court
## Southern District of Mississippi

In re: **Adriane Christine Calcote**
**Cameron Dwayne Hambrick**
Debtor(s)

Case No. **25-01041**
Chapter **13**

## VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: **January 13, 2026**   /s/ **Adriane Christine Calcote**
**Adriane Christine Calcote**
Signature of Debtor

Date: **January 13, 2026**   /s/ **Cameron Dwayne Hambrick**
**Cameron Dwayne Hambrick**
Signature of Debtor

```
ADRIANE CHRISTINE CALCOTE      DISCOVER FINANCIAL        UMMC
CAMERON DWAYNE HAMBRICK        ATTN: BANKRUPTCY          P.O. BOX 3488
583 OLD JACKSON RD. APT 11     PO BOX 3025               DEPT 05-077
CANTON, MS 39046               NEW ALBANY, OH 43054      TUPELO, MS 38803

THOMAS C. ROLLINS, JR.         EDFINANCIAL SERVICES
THE ROLLINS LAW FIRM, PLLC     ATTN: CLAIMS
P.O. BOX 13767                 PO BOX 36008
JACKSON, MS 39236              KNOXVILLE, TN 37930

ADVANCE RECOVERY               FAST PACE
PO BOX 919                     PO BOX 306415
JACKSON, MS 39207              NASHVILLE, TN 37230


AFFIRM, INC.                   JPMCB
ATTN: BANKRUPTCY               MAILCODE LA4-7100
650 CALIFORNIA ST              700 KANSAS LANE
FL 12                          MONROE, LA 71203
SAN FRANCISCO, CA 94108

BRAND & SANFORD, PLLC          MISSION LANE LLC
125 S CONGRESS ST              ATTN: BANKRUPTCY
FLOOR 15                       P.O. BOX 105286
JACKSON, MS 39207              ATLANTA, GA 30348


CADENCE BANK                   SCHEER, GREEN, & BU***
ATTN: BANKRUPTCY               1 SEAGATE SUITE 640
800 POST OAK BLVD              TOLEDO, OH 43604
STE 3800
HOUSTON, TX 77056

CADENCE BK                     SELF FINANCIAL
POB 3370                       901 E. 6TH STREET
TUPELO, MS 38803               AUSTIN, TX 78702


CAPITAL ONE                    SYNCHRONY BANK
ATTN: BANKRUPTCY               ATTN: BANKRUPTCY
PO BOX 30285                   PO BOX 965060
SALT LAKE CITY, UT 84130       ORLANDO, FL 32896


CREDIT ONE BANK                TYLER HOMES MEMORIAL
6801 CIMARRON RD               409 TYLER HOMES DR
LAS VEGAS, NV 89113            #1521
                               WINONA, MS 38967
```