**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN THE MATTER OF:                                                                    CHAPTER 13:

ADRIANE CHRISTINE CALCOTE AND
CAMERON DWAYNE HAMBRICK                                          CASE NO. 25-01041-JAW

**TRUSTEE'S OBJECTION TO**
**DEBTOR'S MOTION TO MODIFY CHAPTER 13 PLAN**

COMES NOW, Torri Parker Martin, the duly appointed and qualified Standing Trustee in the above cause, and files this Objection to Debtor's Motion and Notice to Modify Chapter 13 Plan (Docket #40) and would state to the Court as follows:

1.  The Debtor's plan was confirmed July 16, 2025 (Docket #25).

2.  The Debtors' Motion proposes to reduce distribution to timely filed unsecured creditors from one hundred percent (100%) to $1,690.00 or approximately ten percent (10%).

3.   The Trustee has already disbursed approximately $511.88 to unsecured creditors, with a balance to be paid of $15,866.91.

4.  The Debtor's Schedules I and J have been amended to reflect the income change for the Debtor (Docket #39).

5.  The Bankruptcy Code provides that the Trustee shall investigate the financial affairs of the Debtor. (11 U.S.C. § 704(a)(4)).

6.  The Debtor did not produce documentation to support the statements made in the Motion about the Debtor's decrease in income.

7.  The Trustee request documentation evidencing the Debtor's current income.

8.  This will assist the Trustee in determining the best interest of the bankruptcy estate ensuring all of the Debtor's disposable income is paid to timely filed unsecured

creditors.

**WHEREFORE, PREMISES CONSIDERED,** the Trustee prays that this Objection be received and considered, and at the hearing hereon an Order entered denying the Debtor's Motion; in the alternative, the Debtor be required to submit documentation of the Debtor's income. Subsequently the Trustee can assess the sufficient plan payment amount that will allow for timely plan payment completion; and any other general relief to which the Trustee and this bankruptcy estate may be entitled.

DATED: April 9, 2026

Respectfully Submitted,

/s/ *Catoria Martin*
Catoria Martin, MSB# 103938
Standing Chapter Thirteen Trustee
200 North Congress Street, Suite 400
Jackson, MS 39201
Office: (601) 981-9100
Email: trustee@TPMartinCH13.com

## <u>CERTIFICATE OF SERVICE</u>

I, Catoria Martin, do hereby certify that I have this day submitted a true and correct copy

of the above and foregoing Objection to the following, by electronic, ECF filing, and/or mail to:

Abigail Marbury, Asst. U. S. Trustee, <u>USTPRegion05.JA.ECF@usdoj.gov</u>, 501 E. Court Street,

Suite 6.430, Jackson, MS 39201, and

**<u>Attorney(s) for Debtor(s):</u>**

Thomas Carl Rollins, Jr
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236
601-500-5533
Email: trollins@therollinsfirm.com

DATED:  April 9, 2026

<u>/s/Catoria Martin</u>
Catoria Martin