

**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: April 28, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                                   CHAPTER 13:

**ADRIANE CHRISTINE CALCOTE AND**
**CAMERON DWAYNE HAMBRICK**                        **CASE NO. 25-01041-JAW**

## AGREED ORDER

**THIS MATTER** came before the Court on the Debtors' Motion to Modify Chapter 13 Plan (Docket #40) and Trustee's Objection thereto (Docket #41). The Court, having fully considered the matters and finding the parties in agreement does hereby order the following:

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Debtor's Motion to Modify Chapter 13 Plan should be granted and the Trustee's Objection should be overruled in part.

**IT IS THEREFORE ORDERED** that the Debtors' Plan shall be modified to reduce distribution to the timely filed and allowed unsecured creditors to the sum of $1,690.00 over the remaining plan term.  The plan payments shall be divided equally between the Debtors, with each Debtor paying 50% of the monthly plan payment, in accordance with each Debtor's pay frequency.

**IT IS FURTHER ORDERED** that the Trustee is authorized to modify the Plan, cure and amortize any plan payment delinquency, and amend the wage orders accordingly.

### ##END OF ORDER##

**SUBMITTED BY:**                                      **AGREED BY:**

/s/ Semoune Ellis                                     /s/ Thomas C. Rollins, Jr.
Semoune Ellis, MSB#105303                             Thomas C. Rollins, Jr., MSB# 103469
Staff Attorney for                                    MSB#104367
Standing Chapter Thirteen Trustee                     The Rollins Law Firm, PLLC
Torri Parker Martin, MSB #103938                      P.O. Box 13767
200 North Congress Street, Suite 400                  Jackson, MS 39236
Jackson, MS 39201                                     Office: 601-500-5533
Office: (601) 981-9100                                Email: trollins@therollinsfirm.com
Email: sellis@tpmartinch13.com                                jennifer@therollinsfirm.com