**SO ORDERED,**

Judge Jamie A. Wilson
United States Bankruptcy Judge
Date Signed: September 17, 2026

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:** **CHAPTER 13:**

**ADRIANE CHRISTINE CALCOTE AND**
**CAMERON DWAYNE HAMBRICK** **CASE NO. 25-01041-JAW**

## AGREED ORDER
## DENYING TRUSTEE'S MOTION TO DISMISS

**THIS MATTER** came before the Court on the Trustee's Motion to Dismiss (Docket #62) and Debtor's Response (Docket #64). Thus, having considered the matters and finding the parties in agreement, the Court finds the Trustee's Motion should be denied.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Trustee's Motion and Notice to Dismiss for Non-Payment is hereby denied and the Trustee is authorized to amortize the remaining delinquency over the life of the plan and amend the wage order accordingly.

**IT IS FURTHER ORDERED** that should the Debtor(s) become more than sixty (60) days delinquent, calculated from the first day of the first delinquent month, the Trustee may submit an Order of Dismissal to the Court without further notice or hearing.

**##END OF ORDER##**

**SUBMITTED BY:**
/s/ *Torri Parker Martin*
Torri Parker Martin, MSB #103938
Standing Chapter Thirteen Trustee
200 North Congress Street, Suite 400
Jackson, MS 39201
Office: (601) 981-9100
Fax: (601) 981-1983
Email: TPM@tpmartinch13.com

**AGREED BY:**
/s/ Thomas C. Rollins
Thomas Carl Rollins, Jr., MSB #103469
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
Office: (601) 500-5533
Fax: (601) 500-5296
Email: trollins@therollinsfirm.com